JOHNSON, J.

BULSARA, M.J.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 19 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

CHRISTIAAN TRUNZ,

        Defendant.

------------------------------X

NOTICE OF MOTION

Criminal Docket No. CR 19 - 375

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant CHRISTIAAN TRUNZ's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           August 19, 2019

                                       ROBERT A. ZINK
                                       Chief, Fraud Section
                                       Criminal Division
                                       U.S. Department of Justice

                      By:     */s/ Matthew F. Sullivan*
                                       AVI PERRY
                                       MATTHEW F. SULLIVAN
                                       Trial Attorneys, Fraud Section
                                       Criminal Division
                                       U.S. Department of Justice
                                       1400 New York Avenue NW
                                       Washington, DC 20011
                                       avi.perry@usdoj.gov
                                       matthew.sullivan2@usdoj.gov
                                       (202) 203-9204 (Perry)
                                       (202) 353-6200 (Sullivan)

Cc:    Clerk of the Court
       Anthony Barkow, counsel for the defendant