AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cr-375 |
| Christiaan Trunz | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christiaan Trunz                                                                                                                             .

Date:   8/20/2019

s/ Anthony S. Barkow
*Attorney's signature*

Anthony S. Barkow (TB1009)
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 39th Floor
New York, NY 10022
*Address*

abarkow@jenner.com
*E-mail address*

(212) 891-1662
*Telephone number*

(212) 909-0860
*FAX number*