AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cr-375 |
| Christiaan Trunz | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christiaan Trunz                                                                 .

Date:   8/20/2019                                      s/ Katya Jestin
                                                              *Attorney's signature*

                                                       Katya Jestin (KJ6047)
                                                       *Printed name and bar number*

                                                       Jenner & Block LLP
                                                       919 Third Avenue, 39th Floor
                                                       New York, NY 10022
                                                              *Address*

                                                       kjestin@jenner.com
                                                              *E-mail address*

                                                       (212) 891-1685
                                                              *Telephone number*

                                                       (212) 909-0818
                                                              *FAX number*